IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Michigan Custom Machines, Inc.,
   a Michigan corporation,

       Plaintiff,

v.

Advanced Automation, Inc.,
   a South Carolina corporation,
RTS Wright Industries, Inc.,
   a Tennessee corporation, and
Doerfer Corporation, Inc.,
   an Iowa corporation,

       Jointly and Severally,

             Defendants.

Case No. 06-12571
Hon. Sean F. Cox

Jeffrey P. Thennisch (P51499)
Hattem Beydoun (P66071)
Eric M. Dobrusin (P41605)
**Attorneys for Plaintiff**
Dobrusin & Thennisch, PC
29 W. Lawrence Street, Suite 210
Pontiac, Michigan 48342
Ph: (248) 292-2920
Fx: (248) 292-2910

## ORDER FOR ENLARGEMENT OF SUMMONSES ISSUED TO EACH OF THE DEFENDANTS UNDER FED.R.CIV.P. 4(m) and FED.R.CIV.P. 6(b)

2

In accordance with Fed.R.Civ.P. 4(m) and Fed.R.Civ.P. 6(b), this Court finds that Plaintiff's on-going efforts and settlement discussions with the Defendants in the above-identified action establish requisite good cause for the brief extension of the summonses issued to each of the Defendants for a period of thirty (30) days, not to exceed November 9, 2006.

**IT THEREFORE HEREBY IS ORDERED**, that Plaintiff is granted an additional thirty (30) days, through November 9, 2006, to serve the Summons(es) and/or a First Amended Complaint upon each of the named defendants herein if the present action is not voluntarily settled by the parties by November 9, 2006.

Date: October 5, 2006                     s/ Sean F. Cox
                                                                                   Honorable Sean F. Cox
                                                                                  U.S. District Court for the
                                                                                  Eastern District of Michigan

Copies to: Counsel of Record